# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: **04-15-00350-CV**

Trial Court Style: **Jack Rettig v. Ronald Bruno, ET AL**

Trial Court No: **2015CVQ000699D2**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/10/15 5:01:41 PM
KEITH E. HOTTLE
Clerk

I am the official responsible for preparing the clerk's record in the above referenced appeal.

The approximate date of trial was: June 8, 2015.

The record was originally due: July 10, 2015.

I anticipate the length of the record to be:

I am unable to file the record by the due date the record is due because (check one)

_____ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the record.

_____ my other duties or activities preclude working on the record and include the following: (attach additional pages if needed)

_____

_____

__X__ Other. Explain (attach additional pages if needed): **Technical difficulties with OCR Text Recognition.**

I anticipate the record will be completed by: July 14, 2015.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the Judgment or order being appealed.

Date: July 10, 2015.     Signature _____

Printed name: Ana M Hernandez

Title: Deputy Clerk

## Acknowledgment
(to be completed by notary or court clerk)

State of Texas :
County of Webb :

Before me, the undersigned authority, on this day personally appeared *Ana M. Hernandez*
Known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: _Jul 01 2015_      signature _Maribel Ramu_
(Seal)                              Printed Name _Maribel Ramirez_